**UNITED STATES of America v. Albert Oswald MUELLER, Appellant.**

**No. 8743.**

Circuit Court of Appeals, Third Circuit.

Argued April 6, 1945.

Decided June 1, 1945.

Victor F. Schmidt, of Rossmoyne, Ohio, for appellant.

George Mashank, Asst. U. S. Atty., of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.